### 24609. STEWART *v.* THE STATE.

BROYLES, C. J. The defendant's conviction of possessing intoxicating liquors was authorized by the evidence, and the court did not err in overruling the motion for a new trial, based on the general grounds only.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED APRIL 3, 1935. REHEARING DENIED MAY 21, 1935.

*Aaron Kravitch,* for plaintiff in error.
*Samuel A. Cann, solicitor-general, Andrew J. Ryan Jr.,* contra.